CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 2 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RODNEY VICTOR HARRIS,** | ) | |
| | ) | Civil Action No. 7:04CV00324 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| **SERGEANT STEVEN H. HALL,** | ) | |
| Virginia State Trooper, | ) | |
| | ) | By: Hon. James C. Turk |
| **Defendant.** | ) | Senior United States District Judge |

This matter is before the court on plaintiff Rodney Victor Harris' February 18, 2005 motion for a hearing regarding the dismissal order of February 10, 2005, and motion for reconsideration of the dismissal of this 42 U.S.C. § 1983 action. The court dismissed this action without prejudice because Harris failed to properly serve defendant Sergeant Steven H. Hall. See Fed. R. Civ. P. 4(c)-(e), (m). The court construes Harris' motion for reconsideration as a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e). Harris contends that the court erred by dismissing this action and that he properly served Hall.

A Rule 59(e) motion may be granted "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." <u>Irving v. U.S.</u>, 2005 U.S. Dist. LEXIS 6699, *25 (E.D. Va. 2005) (citing, <u>Hutchinson v. Staton</u>, 994 F.2d 1076, 1081 (4th Cir. 1993) (internal quotations omitted). Harris failed to properly serve Hall pursuant to Federal Rule of Civil Procedure 4; thus, the court finds that Harris has failed to establish any grounds for relief pursuant to Rule 59(e). Therefore, it is **ORDERED** that Harris' motions are **DENIED**.

The Clerk is directed to send certified copies of this order to the plaintiff and counsel of record for the defendant, if known.

**ENTER**: This _17th_ day of September, 2005.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE